UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZACHARY BOYCE,

                Plaintiff,

   v.

MASON COUNTY, et al.,

                Defendant.

CASE NO. 3:23-cv-05809-TMC-DWC

REPORT AND RECOMMENDATION

Noting Date: April 12, 2024

       The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. On December 22, 2023, the Clerk of the Court mailed an Order to Plaintiff Zachary Boyce. *See* Dkts. 20, 21. The Order was returned as undeliverable on January 10, 2024. Dkt. 21. Plaintiff was then ordered to update his current mailing address by March 11, 2024, and warned his failure to do so would result in a recommendation of dismissal. Dkt. 22; *see also* Local Rules, W.D. Wash. LCR 41(b)(2).

       The deadline to update his address has now passed, with nothing filed by Plaintiff. Therefore, the undersigned recommends this action be dismissed without prejudice for failure to prosecute and for failure to comply with a court order.

REPORT AND RECOMMENDATION - 1

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on April 12, 2024, as noted in the caption.

Dated this 22nd day of March, 2024.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2